**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 29 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-10011 |
| Plaintiff - Appellee, | D.C. No. CR-04-00527-EHC |
| v. | |
| ROBERT PAUL HILL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Earl H. Carroll, District Judge, Presiding

Submitted February 3, 2010[**]
San Francisco, California

Before: HUG, BEEZER and HALL, Circuit Judges.

Defendant-appellant Robert Paul Hill ("Hill") appeals from a final judgment

convicting him of one count of being a felon in possession of a firearm and

ammunition. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

The facts of this case are known to the parties. We do not repeat them.

We review "all sentencing decisions" for an abuse of discretion. *United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc). The district court properly exercised its discretion in sentencing Hill to 120 months imprisonment and declining to grant a downward departure pursuant to Section 5K2.13 of the Sentencing Guidelines. *See* U.S.S.G. § 5K2.13; *see also United States v. Davis*, 264 F.3d 813, 815–16 (9th Cir. 2001) (holding that courts lack discretion to depart downward under Section 5K2.13 if incarceration is needed "to protect the public").

**AFFIRMED.**